IN RE ECKARD

No. 415P01

Case below: 144 N.C. App. 187

Petition by Guardian ad Litem for discretionary review pursuant to G.S. 7A-31 allowed 8 November 2001 for the limited purpose of remanding this case to the North Carolina Court of Appeals for reconsideration in light of *In re Dula*, 354 N.C. 356, —— S.E. 2d —— (2001) and *In re Pope*, 354 N.C. 359, —— S.E. 2d —— (2001).

IN RE MILLER

No. 556P01

Case below: 145 N.C. App. 715

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

IN RE STUMBO

No. 321A01

Case below: 143 N.C. App. 375

Notice of appeal by respondents (James and Mary Ann Stumbo) pursuant to G.S. 7A-30 (substantial constitutional question) retained by order of the Court 5 November 2001.

INTERSTATE GLASS, INC. v. CREATIVE ARCHITECTURE, P.A.

No. 400P01

Case below: 144 N.C. App. 448

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.